*(Revised 3/00)*                    CLERK'S COURTROOM MINUTE SHEET

CASE NO.  **05-md-1721-KHV**

| CAPTION: | APPEARANCES: |
|---|---|
| **IN RE CESSNA 208 SERIES AIRCRAFT PRODUCTS LIABILITY LITIGATION** | **Robert R. Bodoin/Thomas A. Fuller** - Silvey plaintiffs<br>Steve Maxwell - Guardian Ad LItem |
| **This Document Relates only to Silvey v. Cessna Aircraft Corp., et al.** 06-2261 | **D. Todd Parrish** - for Brown County Financial Services, LLC<br>**Stephen C. Howell** for Goodrich Corporation<br>**Bryan S. David** for Flightsafety International, Inc. |

Judge: VRATIL          Clerk: South          Reporter: Hallberg          Location: Kansas City

Date:  **February 13, 2007**

Type of Proceeding: **Telephone Settlement Hearing.**

#162 - Agreed Motion to Approve Settlement Agreement - Overruled without prejudice.