## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: CESSNA 208 SERIES AIRCRAFT | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **MDL No: 1721** |
| (This Document Relates Only To | ) | |
| Silvey, et al. v. Cessna Aircraft Company, et al., | ) | **Case No: 05-md-1721-KHV** |
| D. Kan. No. 06-CV-2261-KHV) | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

### ORDER

This matter is before the Court on Defendant FlightSafety's Motion For Summary Judgment And Brief In Support (Doc. #212) filed April 25, 2007. Defendant's supporting memorandum does not contain a numbered factual statement as required by D. Kan. Rule 56.1(a). Rule 56.1(a) provides as follows:

> (a) Supporting Memorandum. The memorandum or brief in support of a motion for summary judgment shall begin with a section that contains a concise statement of material facts as to which the movant contends no genuine issue exists. The facts shall be numbered and shall refer with particularity to those portions of the record upon which movant relies. All material facts set forth in the statement of the movant shall be deemed admitted for the purpose of summary judgment unless specifically controverted by the reply of the moving party.

Because FlightSafety's factual statement is limited to some three pages, the Court will require FlightSafety to submit a revised factual statement which complies with D. Kan. Rule 56.1(a) no later than **May 21, 2007**.[1] Rule 56.1(a) is designed so that the parties and the Court can identify any disputed factual assertions. All parties to this MDL action are advised that they must comply with the Rules of Practice and Procedure for the District of Kansas.

_____

[1]     The current deadline for plaintiff to respond to FlightSafety's motion for summary judgment is May 29, 2007. To allow plaintiff adequate time to respond to FlightSafety's revised factual statement, plaintiff may file a response to defendant's motion no later than **June 5, 2007**.

**IT IS SO ORDERED**.

Dated this 15th day of May, 2007, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge