**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE:  CESSNA 208 SERIES AIRCRAFT     )     MDL No. 1721
PRODUCTS LIABILITY LITIGATION          )
                                       )     Case No.: 05-md-1721-KHV
(This document relates to *Melo-Ferrer v.* )
*Cessna Aircraft Co., et al.*, Case No. 07-CV- )
2511-KHV only.)                        )
_____    )

**<u>ORDER</u>**

On December 20, 2007, Cessna Aircraft Company moved to dismiss the complaint filed

by plaintiff Carlos Melo-Ferrer for *forum non conveniens* (doc. 344).  The next day the parties

jointly moved to defer briefing on the issue to allow settlement discussions to proceed (doc.

347).  On January 2, 2008, the Court granted the joint motion in part, ordering the parties to

notify it not later than January 25, 2008, about whether they had been able to settle the case (doc.

348).  Pursuant to that order, on January 24, 2008, Cessna's liaison counsel submitted a letter to

the Court reporting on the status of the settlement discussions and requesting that the parties be

given additional time to mediate a settlement before briefing the *forum non conveniens* motion.

After considering counsel's letter, the Court now orders that on or before February 25,

2008, the parties shall notify the Court whether they have settled the case.  If parties have been

unable to settle the case by that date, then on or before March 19, 2008, Carlos Melo-Ferrer

and/or Cessna Finance Corporation may respond to Cessna Aircraft's motion to dismiss. On or

before April 11, 2008, Cessna Aircraft may file a reply.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 12th day of February, 2008.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge

**Prepared and submitted by:**

**STINSON MORRISON HECKER LLP**

By:   /s  John C. Nettels, Jr.
    John C. Nettels, Jr. (Ks. 12383)
    Heather S. Woodson (Ks. 13513)
    12 Corporate Woods
    10975 Benson, Suite 550
    Overland Park, KS 66210-2008
    Telephone:  (913) 451-8600
    Facsimile:  (913) 451-6352
    jnettels@stinson.com
    hwoodson@stinson.com

*LIAISON COUNSEL FOR*
*CESSNA AIRCRAFT COMPANY*