# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: CESSNA 208 SERIES AIRCRAFT ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> (This Document Relates To ) <br> <u>Ingram v. Cessna Aircraft Co.</u>, D. Kan. No. 05-2531; ) <br> <u>Morris v. Cessna Aircraft Co.</u>, D. Kan. No. 05-2533; ) <br> <u>Villanueva v. Cessna Aircraft Co.</u>, D. Kan. No. 05-2534; ) <br> <u>Fry v. Cessna Aircraft Co.</u>, D. Kan. No. 06-2261; ) <br> <u>Konovalova v. Cessna Aircraft Co.</u>, D. Kan. No. 07-1363; ) <br> <u>P'yanina v. Cessna Aircraft Co.</u>, D. Kan. No. 07-1367; ) <br> <u>Allan v. Cessna Aircraft Co.</u>, D. Kan. No. 07-2120; ) <br> cases consolidated as ) <br> <u>Jones v. Cessna Aircraft Co.</u>, D. Kan. No. 08-2273; ) <br> <u>P'yanina v. Cessna Aircraft Co.</u>, D. Kan. No. 08-2304; and ) <br> <u>Konovalova v. Cessna Aircraft Co.</u>, D. Kan. No. 09-2111.) ) <br> _____) | **MDL No: 1721** <br><br> **No: 05-md-1721-KHV** |

## ORDER TO SHOW CAUSE

Plaintiffs have filed suit against Cessna Aircraft Company and Goodrich Corporation seeking damages for personal injuries and wrongful death arising from six air disasters involving the Cessna 208 Series ("C208") aircraft. The Judicial Panel on Multidistrict Litigation ("MDL Panel") transferred the actions to this Court for consolidated pretrial proceedings.[1]

As to the cases involving the six air disasters (in Moscow, Russia, near San Angelo, Texas, near Naches, Washington, near Parks, Arizona, near Bellevue, Idaho and in Winnipeg, Manitoba), pretrial proceedings as to common issues are nearly complete. On or before **November 13, 2009**, the parties shall show good cause in writing why pursuant to 28 U.S.C. § 1407, the Court should not

---

[1] On June 8, 2009, the MDL Panel transferred a case arising from a seventh air disaster in Alliance, Nebraska. See <u>Transfer Order</u> (Doc. #1) filed in <u>O'Brien v. Cessna Aircraft Co.</u>, D. Kan. No. 09-2352. In addition, the MDL Panel recently proposed to transfer a case arising from an eighth air disaster involving the C208B near Columbus, Ohio. See <u>Friedman v. Castle Aviation</u>, S.D. Ohio No. 2:09-749.

recommend that the Judicial Panel on Multidistrict Litigation remand to the original transferor courts the cases of Ingram v. Cessna Aircraft Co., D. Kan. No. 05-2531; Villanueva v. Cessna Aircraft Co., D. Kan. No. 05-2534, Morris v. Cessna Aircraft Co., D. Kan. No. 05-2533, Fry v. Cessna Aircraft Co., D. Kan. No. 06-2261, Allan v. Cessna Aircraft Co., D. Kan. No. 07-2120, and the cases consolidated as Jones v. Cessna Aircraft Co., D. Kan. No. 08-2273. On or before **November 13, 2009**, the parties shall further show good cause in writing why the Court should not dismiss P'yanina v. Cessna Aircraft Co., D. Kan. No. 08-2304 and Konovalova v. Cessna Aircraft Co., D. Kan. No. 09-2111, which plaintiffs originally filed in the Southern District of New York, as duplicative of the cases of P'yanina v. Cessna Aircraft Co., D. Kan. No. 07-1367 and Konovalova v. Cessna Aircraft Co., D. Kan. No. 07-1363, which plaintiffs filed in the District of Kansas.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2009 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge